KNOWLES, APPELLANT, *v.* VOORHIES, WARDEN, APPELLEE.

[Cite as *Knowles v. Voorhies*, 121 Ohio St.3d 271, 2009-Ohio-1109.]

*Habeas corpus — Failure to attach copy of challenged bindover order — Dismissal of petition affirmed.*

(No. 2008-2261 ─ Submitted March 11, 2009 ─ Decided March 18, 2009.)

APPEAL from the Court of Appeals for Noble County,

No. 08-NO-352, 2008-Ohio-5396.

————————————

**Per Curiam.**

**{¶ 1}** We affirm the judgment of the court of appeals dismissing the petition for a writ of habeas corpus. Appellant, Howard L. Knowles, did not attach to his petition one of the bindover entries he challenges. Thus, his petition is fatally defective and subject to dismissal because he did not attach copies of all of his pertinent commitment papers. *Goudlock v. Voorhies*, 119 Ohio St.3d 398, 2008-Ohio-4787, 894 N.E.2d 692, ¶ 14.

Judgment affirmed.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

————————————

Howard L. Knowles, pro se.

Richard Cordray, Attorney General, and Jerri L. Fosnaught, Assistant Attorney General, for appellee.

————————————